

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00497-CV

**CNMK TEXAS PROPERTIES LLC** d/b/a Cinemark Movies 12,
Appellant

v.

Sandra **RODRIGUEZ** and Ruperto R. Rodriguez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT00752 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:    Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  May 14, 2014

JUDGMENT VACATED; REMANDED

The parties filed a joint motion to vacate the trial court's judgment without regard to the merits and remand this cause to the trial court for disposition in accordance with the parties' settlement agreement. We grant the motion, vacate the trial court's judgment and all pretrial and trial rulings incorporated and merged into that final judgment, and remand for further proceedings. *See* TEX. R. APP. P. 43.2.

Sandee Bryan Marion, Justice